

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2025

No. 04-25-00371-CV

**IN RE** Modesto E. **GARZA**

Original Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
               Lori I. Valenzuela, Justice
               H. Todd McCray, Justice

Relator filed a petition for writ of mandamus and motion for emergency relief on June 10, 2025. We denied both on June 25, 2025. Relator subsequently filed a motion for extension of time to file a motion for rehearing. The motion for extension of time complied with rule 49.8 of the Texas Rules of Appellate Procedure and is **GRANTED**.

This court has considered the petition for writ of mandamus, the emergency motion for temporary relief, the motion for extension of time, the motion for rehearing, and the sworn record filed by relator and determined that he is not entitled to the relief sought. Accordingly, the motion for rehearing is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on October 29, 2025.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2025CI07072, styled *Modesto E. Garza v. Keera Ficken*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.